UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEONIS DAVIS,<br><br>    Petitioner,<br><br>    v.<br><br>JEREMY BEAN, *et al.*,<br><br>    Respondents. | Case No. 2:25-cv-01771-GMN-EJY<br><br>**ORDER** |

    In this habeas corpus action, the petitioner, Keonis Davis, who is represented by appointed counsel, filed a first amended habeas petition on November 21, 2025. ECF No. 9. Then, on December 17, 2025, Davis filed a motion for leave to file a second amended habeas petition. ECF No. 12. On December 29, 2025, Respondents filed a notice stating that they do not oppose Davis's motion. ECF No. 13.

    In the motion for leave to file a second amended petition, Davis states that he filed the first amended petition as a protective petition on November 21, believing that the applicable limitations period expired on or about November 25, and that he wishes to file a second amended petition after counsel completes their analysis of the record. ECF No. 12 at 2–3. Under Federal Rule of Civil Procedure 15(a)(2), a party may amend a pleading with leave of court, and "[t]he court should freely give leave when justice so requires." Courts are to apply the "policy of favoring amendments … with 'extreme liberality.'" *United States v. Webb*, 655 F. 2d 977, 979 (9th Cir. 1981) (citing *Rosenberg Brothers & Co. v. Arnold*, 283 F.2d 406 (9th Cir. 1960) (per curiam)). In deciding whether to grant leave to amend a pleading, a court may consider factors such as "bad faith, undue delay, prejudice to the opposing party, futility of the amendment, and whether the party has previously amended his pleadings." *In re Morris*, 363 F.3d 891, 894 (9th Cir. 2004) (quoting *Bonin v. Calderon*, 59 F.3d 815, 845 (9th Cir.1995)). Under the circumstances in this case, applying the policy of favoring amendment of pleadings

1

and cognizant of Respondents' non-opposition, the Court grants Davis leave to file a second amended petition, and sets a deadline for the second amended petition.

In granting leave for Davis to file a second amended petition—in setting or extending any deadline for any amended petition—the Court does not intend to make any comment on, or affect in any way, the operation of any statute of limitations applicable to this case.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Leave to File Second Amended Petition (ECF No. 12) is **GRANTED**. Petitioner will have 60 days from the date of entry of this order to file a second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered October 22, 2025 (ECF No. 8) remains in effect. Respondents will not be required to respond to Petitioner's first amended habeas petition. Under the scheduling order, Respondents will have 60 days to respond to Petitioner's second amended habeas petition.

DATED THIS __6__ day of _____January_____, 2026.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE