# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEONIS DAVIS,

     Petitioner,

     v.

JEREMY BEAN, *et al.*,

     Respondents.

Case No. 2:25-cv-01771-GMN-EJY

**ORDER**

In this habeas corpus action, after a 60-day initial period and a 91-day extension of time, the petitioner, Keonis Davis, who is represented by appointed counsel, was to file a second amended petition for writ of habeas corpus by June 8, 2026. *See* ECF Nos. 14, 18. On June 8, Davis filed a motion for extension of time requesting a further 92-day extension, to September 8, 2026. ECF No. 19. Davis's counsel states that the extension is necessary because of the extent of the additional research and investigation that they believe must be done. Davis's counsel represents that Respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time. The Court will grant the extension of time as requested.

In granting this extension of time, the Court expresses no opinion regarding, and does not mean to affect in any way, the operation of any statute of limitations.

///

///

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 19) is **GRANTED**.  Petitioner will have until and including **September 8, 2026**, to file a second amended petition for writ of habeas corpus.  In all other respects, the schedule for further proceedings set forth in the order entered October 22, 2025 (ECF No. 14) will remain in effect.

DATED THIS __8__ day of _____June_____, 2026.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2