**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEONIS DAVIS,

Petitioner,

v.

JEREMY BEAN, et al.,

Respondents.

Case No. 2:25-cv-01771-GMN-EJY

**ORDER**

Petitioner Keonis Davis seeks an extension of time to file his Second Amended Petition. ECF No. 22. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Petitioner's unopposed Motion to Extend Time (ECF No. 22) is granted. Davis has until November 9, 2026, to file his Second Amended Petition.

DATED: October 20, 2020

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE